UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMBER ZONA and BRIAN STAPLETON, On behalf of themselves and all other employees similarly situated,<br><br>Plaintiffs<br><br>vs.<br><br>CANANDAIGUA PUB, INC.; and RICHARD J. CARVOTTA, Individually and as Owner and Chief Executive Office of Canandaigua Pub, Inc.;<br><br>Defendants | **NOTICE OF UNOPPOSED MOTION**<br><br>**Civil Action No. 14-cv-6698** |

**MOTION BY:** Plaintiffs Amber Zona and Brian Stapleton, on behalf of themselves and all other employees similarly situated.

**RELIEF REQUESTED:** An Order:

1. Granting provisional certification of the Rule 23 Class for settlement purposes.

2. Granting conditional certification of the FLSA Class for settlement purposes.

3. Granting preliminary approval of the Settlement Agreement.

4. Granting approval of the Notice Materials.

5. Granting preliminary approval of the releases of claims set forth in the Settlement Agreement.

6. Setting dates for a Fairness Hearing within 60 days, and for related events.

7. Granting such other relief as this Court deems just and proper.

1

| | |
|---|---|
| **SUPPORTING PAPERS:** | Declaration of Robert Mullin |
| | Proposed Settlement Agreement |
| | Proposed Notice Form |
| | Plaintiffs' Memorandum of Law |
| **PLACE:** | United States District Court |
| | 100 State St. |
| | Rochester, NY 14614 |
| **DATE AND TIME:** | To be determined by the Court. |
| **REPLY AND PAPERS:** | This Motion is made unopposed, pursuant to the Settlement Agreement. |

Dated: March 18, 2016

                                                          /s/_____
                                                          Robert L. Mullin
                                                          Justin Cordello
                                                          Attorneys for Plaintiffs
                                                          **Ferr & Mullin, P.C.**
                                                          7635 Main St. Fishers
                                                          P.O. Box 440
                                                          Fishers, NY 14453
                                                          telephone (585) 869-0210
                                                          rlmullin@FerrMullinLaw.com
                                                          **Cordello Law, PLLC**
                                                          693 East Ave., Suite 220
                                                          Rochester NY 14607
                                                          telephone (585) 857-9684
                                                          Justin@cordellolaw.com