UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK



---

AMBER ZONA and BRIAN STAPLETON,
On behalf of themselves and all other
employees similarly situated,

Plaintiffs

vs.

CANANDAIGUA PUB, INC.; and
RICHARD J. CARVOTTA,
Individually and as Owner and Chief Executive
Office of Canandaigua Pub, Inc.;

Defendants

Civil Action
No. 15-cv-6213

---

## FINAL JUDGMENT

WHEREAS, on April 8, 2016, this Court granted preliminary approval to a settlement of this action, embodied in the Parties' Settlement Agreement (the "Preliminary Approval Order");

WHEREAS, on July 27, 2016, the Court entered its Order Confirming Certification of Class/Collective Action and Granting Final Approval to Settlement ("Final Approval Order"), granting final approval to the settlement. In the Final Approval Order, the Court found that the settlement is fair, reasonable and adequate as to Named Plaintiffs, all persons who opt into this action (the "Opt-Ins" and, with Named Plaintiffs, the "FLSA Class"), and all members of the Rule 23 Class (Collectively "Settlement Class" as defined in the Settlement Agreement);

WHEREAS, the Court has found that the notice sent to the members of the Settlement Class fairly and adequately informed them of the terms of the settlement, was consistent with Federal Rule of Civil Procedure 23 and due process, and was given in the manner prescribed by the Settlement Agreement and the Court's order preliminarily approving the settlement:

This Court hereby enters final judgment in this case. As to Named Plaintiffs, all other members of the Settlement Class who did not timely opt out, the Court dismisses the matter with prejudice, in accordance with the terms of the Settlement Agreement, this Court's Final Approval Order, and this Court's Preliminary Approval Order.

The Court hereby permanently enjoins and restrains Named Plaintiffs, all other members of the Settlement Class who did not timely opt out from asserting any and all claims that were released pursuant to the Settlement Agreement and the Final Approval Order.

Without affecting the finality of this Final Judgment in any way, the Court reserves exclusive and continuing jurisdiction over this action, Named Plaintiffs, all other members of the Settlement Class, and the Defendants for the purposes of supervising the implementation, enforcement, construction and interpretation of the Settlement Agreement, the Preliminary Approval Order, the Final Approval Order, and this Final Judgment.

**SO ORDERED**

DATED: 7-29-16

Honorable Charles J. Siragusa